# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

SCT TRADING, LLC, a Florida
limited liability company,

Appellant,

v.

SUZANNE HUTCHINS,

Appellee.

Nos. 2D2025-1965 & 2D2025-2986
CONSOLIDATED

———————————————

July 1, 2026

Appeal from the Circuit Court for Hillsborough County; Christine A. Marlewski, Judge.

Luke Lirot and Rachel Ricks of Law Office of Luke Lirot, P.A., Clearwater, for Appellant.

M. Vincent Pazienza of Law Firm of M. Vincent Pazienza, P.A., Lutz, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and MORRIS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.